# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

|                | )  |           |
|----------------|----|-----------|
| Plaintiff      | )  |           |
| v.             | )  | Case No.  |
|                | )  |           |
|                | )  | Judge     |
| Defendant      | )  |           |
|                | )  |           |

## **ORDER**

Date: _____

Rev. 10/2013